UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:18-cv-11383-LTS

JAIDEEP S. CHAWLA
*Plaintiff,*

v.

MASSACHUSETTS DEPARTMENT OF REVENUE,
ET. AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 36) on December 12, 2018, denying

all pending motions, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

December 13, 2018